# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. TREE,<br><br>         Plaintiff,<br><br>    v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC.,<br><br>         Defendant. | Case No. 1:16-cv-01849-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>TWENTY-ONE DAY DEADLINE |

On February 16, 2017, Defendant filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents within twenty-one (21) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **February 17, 2017**

UNITED STATES MAGISTRATE JUDGE

1